JS-6



1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11

BALBOA CAPITAL
CORPORATION, a California
corporation,

Case No. 8:23-cv-01393-JWH-ADS

12

13

Plaintiff,

**JUDGMENT**

14

v.

15

UNLIMITED FREIGHT, LLC, an
Alabama limited liability company,
and
JASPER RENARDO CURRY IV, an
individual,

16

17

18

Defendants.

19

20

21

22

23

24

25

26

27

28

Pursuant to the "Order Granting Plaintiff's Motion for Default Judgment [ECF No. 16]" entered substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.    This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2.    Plaintiff Balboa Capital Corporation shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Defendants Unlimited Freight, LLC and Jasper Renardo Curry IV, jointly and severally, in the amount of **$125,053.50** (consisting of the principal amount due of $105,603.34; prejudgment interest of $12,671.34; litigation costs of $1,066.75; and attorneys' fees of $5,712.07).

3.    Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**


Dated:    August 19, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE